SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (State Bar No. 154692)
David A. Gabianelli (State Bar No. 158170)
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mgoodman@ssd.com
Email: dgabianelli@ssd.com

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC., and
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; BERLEX LABORATORIES, INC.; BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; MCKESSON CORPORATION and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. C 09-5708 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS** |

WHEREAS, on October 1, 2009, the Judicial Panel on Multidistrict Litigation ("JPML") ordered the transfer of thirty-two marketing, sales practices, and products liability actions involving Yasmin® and YAZ® to MDL-2100, titled *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, in the United States District Court for the Southern District of Illinois - see Exhibit A hereto;

| | |
|---|---|
| 1 | WHEREAS, the parties agree that this action is a tag-along action subject to transfer to the |
| 2 | MDL; |

WHEREAS, the parties agree that this action is a tag-along action subject to transfer to the MDL;

WHEREAS, the requested stay will serve the interests of judicial economy and fairness to the parties, and will avoid wasting this Court's resources, because the MDL court will soon address common pretrial issues in these related Yasmin®/YAZ® actions;

NOW, THEREFORE, the parties, through their respective counsel of record, agree and stipulate as follows:

All proceedings, including but not limited to any date to respond to the complaint, any case management deadlines, any Rule 26 disclosure obligations and all other dates and deadlines are hereby **STAYED** pending transfer to the MDL proceeding that has been established in the United States District Court for the Southern District of Illinois and all pending dates and deadlines are **VACATED**.

IT IS SO STIPULATED.

Dated: Re. 18, 2009

ROBINSON, CALCAGNIE & ROBINSON

*/s/ Daniel S. Robinson*

Daniel S. Robinson

Attorneys for Plaintiff
ROXANNE FOSTER

SQUIRE, SANDERS & DEMPSEY L.L.P.

*/s/ David A. Gabianelli*

David A. Gabianelli

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE
PHARMACEUTICALS INC., and
MCKESSON CORPORATION

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 22, 2009

_____
HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

SANFRANCISCO/329420.1

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111