1    SQUIRE, SANDERS & DEMPSEY L.L.P.
     Mark C. Goodman (State Bar No. 154692)
2    David A. Gabianelli (State Bar No. 158170)
     One Maritime Plaza, Suite 300
3    San Francisco, CA 94111
     Telephone: +1.415.954.0200
4    Facsimile: +1.415.393.9887
     Email:     mgoodman@ssd.com
5    Email:     dgabianelli@ssd.com

6    Attorneys for Defendants
     BAYER CORPORATION,
7    BAYER HEALTHCARE LLC,
     BAYER HEALTHCARE PHARMACEUTICALS INC., and
8    MCKESSON CORPORATION

9

10                UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| ROXANNE FOSTER, | No. C 09-5708 BZ |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| | **ORDER FOR STAY OF PROCEEDINGS** |
| vs. | |
| BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; BERLEX LABORATORIES, INC.; BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; MCKESSON CORPORATION and DOES 1 through 10, Inclusive, | |
| Defendants. | |

     WHEREAS, on October 1, 2009, the Judicial Panel on Multidistrict Litigation ("JPML")

ordered the transfer of thirty-two marketing, sales practices, and products liability actions

involving Yasmin® and YAZ® to MDL-2100, titled *In re Yasmin and YAZ (Drospirenone)*

*Marketing, Sales Practices and Products Liability Litigation*, in the United States District Court

for the Southern District of Illinois - see Exhibit A hereto;

1    WHEREAS, the parties agree that this action is a tag-along action subject to transfer to the

2   MDL;

3    WHEREAS, the requested stay will serve the interests of judicial economy and fairness to

4   the parties, and will avoid wasting this Court's resources, because the MDL court will soon

5   address common pretrial issues in these related Yasmin®/YAZ® actions;

6    NOW, THEREFORE, the parties, through their respective counsel of record, agree and

7   stipulate as follows:

8    All proceedings, including but not limited to any date to respond to the complaint, any

9   case management deadlines, any Rule 26 disclosure obligations and all other dates and deadlines

10   are hereby **STAYED** pending transfer to the MDL proceeding that has been established in the

11   United States District Court for the Southern District of Illinois and all pending dates and

12   deadlines are **VACATED**.

13

14    IT IS SO STIPULATED.

15   Dated: _Dc. 18_, 2009

16   ROBINSON, CALCAGNIE & ROBINSON        SQUIRE, SANDERS & DEMPSEY L.L.P.

17

18   _____          _____
     Daniel S. Robinson                   David A. Gabianelli

19   Attorneys for Plaintiff              Attorneys for Defendants
     ROXANNE FOSTER                       BAYER CORPORATION,
20                                        BAYER HEALTHCARE LLC,
                                          BAYER HEALTHCARE
21                                        PHARMACEUTICALS INC., and
                                          MCKESSON CORPORATION
22

23

24

25

26

27

28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: __ December 22, 2009

   HONORABLE BERNARD ZIMMERMAN
4  United States Magistrate Judge

5
   SANFRANCISCO/329420.1
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28