A CERTIFIED TRUE COPY
ATTEST
By Tarrell L. Littleton on Jan 25, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JAN 25 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 08, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-11)

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2009). Since that time, 169 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 25, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court - Southern District of
By: [signature] Illinois
Deputy Clerk
Date 1/26/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 2100

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 09-2476 | Penny Simpson v. Bayer Corp., et al. | 10-20046 |
| **CALIFORNIA CENTRAL** | | |
| ~~CAC 2 09-9154~~ | ~~Rindy Andrews v. Bayer Corp., et al.~~ Opposed 1/13/10 | |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 09-5660 | Mary R. Prelle v. Bayer Corp., et al. | 10-20047 |
| CAN 3 09-5708 | Roxanne Foster v. Bayer Corp., et al. | 10-20048 |
| CAN 3 09-5710 | Elizabeth Heyne v. McKesson Corp., et al. | 10-20049 |
| ~~CAN 3 09-5902~~ | ~~Lekeoia C. Milam v. Bayer Corp., et al.~~ Opposed 1/11/10 | |
| CAN 3 09-5906 | Mary Rasmussen v. McKesson Corp, et al. | 10-20050 |
| **COLORADO** | | |
| CO 1 09-2869 | Keeli Anthony v. Bayer Corp., et al. | 10-20051 |
| CO 1 09-2880 | Michele Lambert, et al. v. Bayer Corp., et al. | 10-20052 |
| **FLORIDA SOUTHERN** | | |
| FLS 9 09-82441 | Jodi S. Corn v. Bayer Corp., et al. | 10-20053 |
| **HAWAII** | | |
| HI 1 09-595 | Bonnie Horibata, et al. v. Bayer Corp., et al. | 10-20054 |
| **IOWA NORTHERN** | | |
| IAN 1 09-188 | Adrienne Cechura, et al. v. Bayer Corp., et al. | 10-20055 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 09-7827 | Lacey Dawn Angel v. Bayer Corp., et al. | 10-20056 |
| **MINNESOTA** | | |
| MN 0 09-3556 | Peggy Cruz v. Bayer Corp., et al. | 10-20057 |
| MN 0 09-3652 | Christie Johnson v. Bayer Corp., et al. | 10-20058 |
| MN 0 09-3653 | Maricela Jacobson v. Bayer Corp., et al. | 10-20059 |
| MN 0 09-3654 | Michelle Nielsen v. Bayer Corp., et al. | 10-20060 |
| MN 0 09-3655 | Linda Smith v. Bayer Corp., et al. | 10-20061 |
| MN 0 09-3656 | JoAnna Milius v. Bayer Corp., et al. | 10-20062 |
| MN 0 09-3657 | Holly Fulkerson v. Bayer Corp., et al. | 10-20063 |
| MN 0 09-3658 | Tyla Cornell v. Bayer Corp., et al. | 10-20064 |
| MN 0 09-3659 | Melissa Collier v. Bayer Corp., et al. | 10-20065 |

**MDL No. 2100 - Schedule CTO-11 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **NEW JERSEY** | | |
| NJ  2  09-6201 | Adelina Olsen v. Bayer Corp., et al. | 10-20066 |
| **NEW YORK SOUTHERN** | | |
| NYS 1  09-10205 | Sandi Cash, et al. v. Bayer Corp., et al. | 10-20067 |
| **OHIO NORTHERN** | | |
| OHN 1  09-2788 | Camellia Stapley, et al. v. Bayer Corp., et al. | 10-20068 |
| **TENNESSEE EASTERN** | | |
| TNE 1  09-307 | Melissa Wallace v. Bayer Corp., et al. | 10-20069 |
| **UTAH** | | |
| UT  1  09-182 | Dustin Francis, et al. v. Bayer Corp., et al. | 10-20070 |